IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| RODNEY TERRANCE CHEESE, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Case No. 5:25-cv-426-MTT-ALS |
| | : | |
| Warden KOCHELLE WATSON, | : | |
| | : | |
| Respondent. | : | |
| | : | |

**ORDER**

*Pro se* Petitioner Rodney Terrance Cheese, a prisoner at Johnson State Prison in Wrightsville, Georgia, file a petition for writ of habeas corpus under 28 U.S.C § 2254. (Doc. 8). On November 19, 2025, the Court denied Petitioner's request to proceed *in forma pauperis* and ordered him to pay the $5.00 filing fee within fourteen days. (Doc. 9). In response, Petitioner filed a letter in which he states that he "wrote the prison's business office a letter" to forward the payment of the fee to the Court. (Doc. 11). Petitioner "hop[es]" that the Court received the filing fee, however, as of this date, it has not received the fee. *Id.*

Based on Petitioner's attempt to pay the filing fee, the Court will give Petitioner an extension of time of **FOURTEEN (14) DAYS** from the date of this Order to pay the $5.00 filing fee. Petitioner is instructed to show the appropriate prison official this Order in inquiring about his request to "the prison's business office" to forward the fee to the Court or if he should submit any additional written request for the payment of this filing fee. If the prison official and/or business office refuses to promptly submit payment to the Court, Petitioner should notify the Court of the following: (1) the name of the authorized prison official or business office who he asked about the status of his written request for fee payment, (2) the name of the prison official from whom he

made any additional written requests for the payment of his fee to the Court, (3) the date(s) he made his inquiries or any additional written requests, and (4) the date that he was notified that the prison official or business office would not promptly submit the payment. If Petitioner receives notification in writing from a prison official regarding an inability or refusal to pay the filing fee to the Court, Petitioner should provide the Court with a copy of this notification. Petitioner shall have **FOURTEEN (14) DAYS** from the date of this Order to submit this information in the event the filing fee is not submitted to the Court.

   **SO ORDERED**, this 23rd day of December, 2025.

                                         s/ **ALFREDA L. SHEPPARD**
                                         UNITED STATES MAGISTRATE JUDGE