IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

RODNEY TERRANCE CHEESE,                  *

          Petitioner,                  *

v.                                                      Case No.  5:25-cv-00426-MTT-ALS

                                                         *

WARDEN KOCHELLE WATSON,

          Respondent.                  *

_____          *

## **J U D G M E N T**

Pursuant to this Court's Order dated 4/7/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 8th day of April, 2026.

                                  David W. Bunt, Clerk

                                  s/ Erin Pettigrew, Deputy Clerk